IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| VALERIE D. TRANSOU, *Individually, and on behalf of herself and other similarly situated current and former employees*, | ) ) ) ) ) |
| Plaintiff, | ) Case No. 1:22-cv-01062 |
| v. | ) ) FLSA Opt-In Collective Action ) JURY DEMANDED |
| TOYOTA BOSHOKU TENNESSEE, LLC, | ) ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT**

The parties to this matter, Plaintiff Valerie D. Transou, and Defendant Toyota Boshoku Tennessee, LLC (together, the "Parties"), by and through their undersigned counsel, hereby notify the Court pursuant to L.R. 83.13(a) that a successful resolution to this matter was privately reached on May 24, 2023, resulting in a settlement. The Parties respectfully request forty-five (45) days to finalize a formal agreement and to file a Stipulation of Dismissal with the Court.

Dated: May 30, 2023

1

**JOINTLY SUBMITTED:**

**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**

*/s/ Joseph Russ Bryan (by CL w/permission)*
Joseph Russ Bryan (TN Bar No. 033830)
Gordon E. Jackson (TN Bar No. 008323)
262 German Oak Drive
Cordova, TN 38018
Telephone: (901) 754-8001
Email:  rbyrant@jsyc.com
        gjackson@jsyc.com

*Counsel for Plaintiff*


**FISHER & PHILLIPS LLP**

*/s/ Courtney Leyes*
Courtney Leyes (TN Bar No. 034012)
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2900
Email: cleyes@fisherphillips.com

George D. Adams (KY Bar No. 88339)
220 West Main Street, Suite 1700
Louisville, KY 40202
Telephone: (502) 561-3975
Email: gadams@fisherphillips.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, Courtney Leyes, hereby certify that on this, the 30th day of May, 2023, I electronically filed the foregoing *Joint Notice of Settlement* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Joseph Russ Bryant
Gordon E. Jackson
**Jackson Shields Yeiser Holt Owen & Bryant**
262 German Oak Drive
Cordova, TN 38018
rbyrant@jsyc.com
gjackson@jsyc.com

                                                  */s/ Courtney Leyes*
                                                Courtney Leyes