IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **VALERIE D. TRANSOU, Individually,** ) <br> **and on behalf of herself and other** ) <br> **similarly situated current and** ) <br> **former employees,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **TOYOTA BOSHOKU TENNESSEE, LLC,** ) <br> ) <br>     **Defendant.** ) | Case No. 1:22-cv-01062-STA-jay <br><br> FLSA Opt-In Collective Action <br> JURY DEMANDED |

**ORDER GRANTING JOINT MOTION FOR FLSA SETTLEMENT APPROVAL**
**ORDER OF DISMISSAL**

Before the Court is the parties' Joint Motion for FLSA Settlement Approval (ECF No. 52) for Final Approval of Collective Action Settlement ("Motion for Final Approval"). Having carefully considered the record, the parties' Motion for Final Approval, and additional reasons stated by the Court in its September 25, 2023 Order (ECF No. 53), the Motion for Final Approval is **GRANTED**.

    **IT IS THEREFORE ORDERED** that the Court hereby

    1.    Grants final approval of the Agreement, adjudging the terms thereof to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

    2.    Appoints Plaintiff Valerie Transou as Collective Representative;

    3.    Appoints Jackson Shields Yeiser Holt Owen & Bryant as Collective Counsel;

    4.    Approves Collective Counsel's request for attorneys' fees and expenses;

    5.    Approves the Collective Representative's service payment;

1

    6.    Permanently enjoins the Collective Representative and all Collective Members from prosecuting against the Released Parties (as defined in the Agreement) any and all of the Authorized Claimants' Released Claims (as defined in the Agreement);

    7.    Permanently enjoins the Collective Representative from prosecuting against the Released Parties any and all of the Collective Representative's Released Claims (as defined in the Agreement); and

The Clerk of Court is directed to enter judgment dismissing this case with prejudice, in accordance with the terms of the Agreement.

**IT IS SO ORDERED**.

                        **s/ S. Thomas Anderson**
                        S. THOMAS ANDERSON
                        UNITED STATES DISTRICT JUDGE

                        Date: October 3, 2023